UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                           Chapter 13

SCOTT WHATELEY,                                  Case No. 10-B-35419

                                Debtors,
------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Scott Whateley | $100.00 |
| 2831 Route 44-55 | |
| Gardiner, NY 12525 | refund |

   Trustee's check to your order in the sum of $100.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
        March 22, 2011

                                                      Respectfully submitted,
                                                      */s/ Jeffrey L. Sapir*
                                                      JEFFREY L. SAPIR
                                                      Standing Chapter 13 Trustee